# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER D. JOHNSON**                                                                 **PLAINTIFF**

**VS.**                                         **4:22-CV-00884-BRW-JJV**

**DUKES, #1717, Deputy,**
**Officer in Charge, Lonoke County Jail,** *et al.*                                **DEFENDANTS**

## **JUDGMENT**

Based on the dispositive Order entered today, Plaintiff's claims are dismissed.   I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 14th day of October 2022.

                                                                          BILLY ROY WILSON
                                              UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).